SMITH and another, Respondents, vs. TRANSPORTATION INSURANCE COMPANY OF NEW YORK, Appellant.

For the appellant: *Shaw, Muskat & Paulsen* of Milwaukee.

For the respondents: *R. V. Baker, Jr.* of Kenosha, *Leonard Spira* of Chicago, Illinois, and *Richmond, Jackman, Wilkie & Toebaas* of Madison.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on March 7, 1933.

SZYCHULSKI (ALICE), by ANTON SZYCHULSKI, her next friend, Appellant, vs. MILLER, Respondent.

For the appellant: *Raymond J. Cannon,* attorney, and *John L. Newman* of counsel, both of Milwaukee.

For the respondent: *Thomas E. Torphy* of Milwaukee.

*By the Court.*—Judgment affirmed.

ROBINSON, Respondent, vs. BERRY, Appellant.

For the appellant: *Goggins, Brazeau & Graves* of Wisconsin Rapids.

For the respondent: *Fisher, Cashin & Reinholdt* of Stevens Point.

*By the Court.*—Judgment affirmed.